IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01561-PSF-PAC

LAURA K. BATTS,

     Plaintiff,

v.

CONTINUUM HEALTH MANAGEMENT, LLC, a Colorado limited liability company,

     Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that Plaintiff's Motion for Leave to Amend the Complaint and Jury Demand [filed October 27, 2005, Doc. No. 8] is **GRANTED.**  The Amended Complaint submitted on October 27, 2005 shall be date-stamped and filed with the Court this date.

Dated:  November 14, 2005