IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No.  05-cv-01561-PSF-PAC

LAURA K. BATTS, an individual,

    Plaintiff,

v.

CONTINUUM HEALTH MANAGEMENT, LLC, a Colorado limited liability company;
CH-ROCKY MOUNTAIN, LLC, a Colorado limited liability company; and
CONTINUUM HEALTH PARTNERSHIPS, INC., a Colorado corporation,

    Defendants.

## ORDER FOR DISMISSAL

This matter is before the Court on the Stipulated Motion to Dismiss With Prejudice (Dkt. # 22), filed by Plaintiff Laura Batts and Defendants Continuum Health Management, LLC, CH-Rocky Mountain, LLC, and Continuum Health Partnerships, Inc. (the "Parties"). Having reviewed the Stipulated Motion, and otherwise being fully advised in the premises,

IT IS HEREBY ORDERED as follows:

All claims between the Parties are hereby DISMISSED with prejudice.  Each party shall bear its own attorney fees and costs incurred in connection therewith.

DATED: January 11, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*
                                            _____
                                            Phillip S. Figa
                                            United States District Judge